IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| ALL LAND INVESTMENTS, LLC | : | BANKRUPTCY NO. 09-13790 (KJC) |
| | : | |
| Debtor | : | |

NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON APRIL 27, 2010 AT 11:00 A.M.

**CANCELLED**

**CONTINUED MATTERS:**

1. Confirmation of Plan of Liquidation

    Related Documents:

    a) Plan of Liquidation Proposed by All Land Investments, LLC Debtor-In-Possession
    (D.I. 13; Filed 10/29/2009)

    b) Disclosure Statement with Respect to Plan of Liquidation Proposed by All Land Investments, LLC Debtor-In-Possession
    (D.I. 14; Filed 10/29/2009)

    c) Exhibit 4.10 to Disclosure Statement with Respect to Plan of Liquidation Proposed by All Land Investments, LLC, Debtor-In-Possession
    (D.I. 71; Filed 12/29/2009)

    d) Amended Plan of Liquidation Proposed by All Land Investments, LLC Debtor-In-Possession
    (D.I. 80; Filed 1/21/2010)

    e) Amended Disclosure Statement with Respect to Amended Plan of Liquidation Proposed by All Land Investments, LLC Debtor in Possession
    (D.I. 81; Filed 1/21/2010)

    f) Memorandum of Law in Support of Plan Confirmation Under 11 U.S.C. Sec. 1129(b)(2)(a)(iii)
    (D.I. 82; Filed 1/21/2010)

g) Amended Disclosure Statement with Respect to Amended Plan of Liquidation Proposed by All Land Investments, LLC Debtor in Possession
(D.I. 99; Filed 2/26/2010)

h) Order Approving Amended Disclosure Statement with Respect to Amended Plan of Liquidation Proposed by All Land Investments, LLC Debtor in Possession
(D.I. 103; Filed 3/04/2010)

i) Certification of Ballots
(D.I. 115; Filed 04/19/2010)

Responses Received:

j) Objection of RBS Citizens, N.A. to Debtor's Disclosure Statement
(D.I. 72; Filed 12/30/2009)

k) Crouse Brothers Excavating, Inc.'s Objection to Debtor's Motion for Approval of Disclosure Statement
(D.I. 76; Filed 12/30/2009)

l) Supplemental Objection of RBS Citizens, N.A. to Debtor's Amended Disclosure Statement
(D.I. 86; Filed 2/04/2010)

m) Crouse Brothers, Inc.'s Response to Debtor's Memorandum of Law in Support of Plan Confirmation Pursuant to 11 U.S.C. § 1129(b)(2)(a)(iii)
(D.I. 87; Filed 2/04/2010)

n) Objection of RBS Citizens, N.A. to Debtor's Amended Plan of Liquidation
(D.I. 110; Filed 4/12/2010)

o) Crouse Brothers, Inc.'s Objection to Debtor's Amended Plan of Liquidation
(D.I. 112; Filed 4/12/2010)

Status: Matter is continued until June 30, 2010 at 10:00 a.m.

                RAWLE & HENDERSON LLP

Dated: April 23, 2010      By:   <u>/s/ Gary F. Seitz - #4457</u>
                                            GARY F. SEITZ (I.D. No. 4457)
                                            300 Delaware Avenue, Suite 1015
                                            P.O. Box 588
                                            Wilmington, DE 19899-0588
                                            (302) 778-1200

                                            -and

                                            MASCHMEYER KARALIS P.C.
                                            ARIS J. KARALIS
                                            ROBERT W. SEITZER
                                            1900 Spruce Street
                                            Philadelphia, PA 19103
                                            (215) 546-4500
                                            Attorneys for the Debtor