IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| ALL LAND INVESTMENTS, LLC | : | BANKRUPTCY NO. 09-13790 (KJC) |
| | : | |
| Debtor | : | |

NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON OCTOBER 6, 2010 AT 1:30 P.M.

**UNCONTESTED MATTERS GOING FORWARD:**

1. Application for Compensation of Maschmeyer Karalis P.C. for the period October 30, 2009 to April 30, 2010
   (D.I. 125; Filed 6/4/2010)

   Related Documents:

   a) Amended Certificate of Service for First Interim Fee Application of Maschmeyer Karalis P.C. for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Debtor for the Period from October 30, 2009 through April 30, 2010
   (D.I. 132; Filed 6/24/2010)

   b) Certificate of No Objection to First Interim Fee Application of Maschmeyer Karalis P.C. for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Debtor for the Period from October 30, 2009 through April 30, 2010
   (D.I. 133; Filed 6/24/2010)

   c) Amended Notice of First Interim Application of Maschmeyer Karalis P.C., As Bankruptcy Counsel For Debtors and Debtors-In-Possession, For Allowance of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period of October 30, 2009 Through April 30, 2010
   (D.I. 145; Filed 8/13/2010)

   Response deadline: June 22, 2010, no responses filed

   Status:    Matter is uncontested and a CNO was filed.

2. Interim Application for Compensation of Rawle & Henderson, LLP as Counsel for the Debtors and Debtors in Possession for the period October 30, 2009 to April 30, 2010
   (D.I. 144; Filed 8/11/2010)

   Related Documents:

a) Certificate of No Objection to First Interim Application of Rawle & Henderson, LLP, As Bankruptcy Counsel For Debtors and Debtors-In-Possession, For Allowance of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period of October 30, 2009 Through April 30, 2010
(D.I. 149; Filed 9/7/2010)

Response deadline: September 3, 2010, no responses filed

Status: Matter is uncontested and a CNO was filed.

3. Final Application for Compensation of Sullivan Hazeltine Allinson LLC for the period April 5, 2010 to August 16, 2010.
(D.I. 146; Filed 8/17/2010)

Related Documents:

a) Certificate of No Objection Regarding First and Final Application of Sullivan Hazeltine Allinson LLC, For Compensation for Services Rendered And Reimbursement Of Expenses As Special Counsel to the Debtors For The Period from April 5, 2010 Through August 16, 2010
(D.I. 153; Filed 9/28/2010)

Response deadline: September 10, 2010, no responses filed

Status: Matter is uncontested and a CNO was filed

**CONTESTED MATTERS GOING FORWARD:**

4. Confirmation of Plan of Liquidation

Related Documents:

a) Plan of Liquidation Proposed by All Land Investments, LLC Debtor-In-Possession
(D.I. 13; Filed 10/29/2009)

b) Disclosure Statement with Respect to Plan of Liquidation Proposed by All Land Investments, LLC Debtor-In-Possession
(D.I. 14; Filed 10/29/2009)

c) Exhibit 4.10 to Disclosure Statement with Respect to Plan of Liquidation Proposed by All Land Investments, LLC, Debtor-In-Possession
(D.I. 71; Filed 12/29/2009)

d) Amended Plan of Liquidation Proposed by All Land Investments, LLC Debtor-In-Possession
(D.I. 80; Filed 1/21/2010)

e) Amended Disclosure Statement with Respect to Amended Plan of Liquidation Proposed by All Land Investments, LLC Debtor in Possession
(D.I. 81; Filed 1/21/2010)

f) Memorandum of Law in Support of Plan Confirmation Under 11 U.S.C. Sec. 1129(b)(2)(a)(iii)
(D.I. 82; Filed 1/21/2010)

g) Amended Disclosure Statement with Respect to Amended Plan of Liquidation Proposed by All Land Investments, LLC Debtor in Possession
(D.I. 99; Filed 2/26/2010)

h) Order Approving Amended Disclosure Statement with Respect to Amended Plan of Liquidation Proposed by All Land Investments, LLC Debtor in Possession
(D.I. 103; Filed 3/04/2010)

i) Certification of Ballots
(D.I. 115; Filed 04/19/2010)

j) Amended Certification of Ballots
(D.I. 141; Filed 07/20/2010)

k) Second Amended Certification of Ballots
(D.I. 157; Filed 09/29/2010)

l) Certification of Lawrence A. Zeccola, Sr. in Support of Confirmation of Amended Plan of Liquidation Proposed by All Land Investments, LLC
(D.I. 158; Filed 09/29/2010)

Responses Received:

m) Objection of RBS Citizens, N.A. to Debtor's Disclosure Statement
(D.I. 72; Filed 12/30/2009)

n) Crouse Brothers Excavating, Inc.'s Objection to Debtor's Motion for Approval of Disclosure Statement
(D.I. 76; Filed 12/30/2009)

o) Supplemental Objection of RBS Citizens, N.A. to Debtor's Amended Disclosure Statement
(D.I. 86; Filed 2/04/2010)

p) Crouse Brothers, Inc.'s Response to Debtor's Memorandum of Law in Support of Plan Confirmation Pursuant to 11 U.S.C. §

     1129(b)(2)(a)(iii)
     (D.I. 87; Filed 2/04/2010)

   q) Objection of RBS Citizens, N.A. to Debtor's Amended Plan of Liquidation
     (D.I. 110; Filed 4/12/2010)

   r) Crouse Brothers, Inc.'s Objection to Debtor's Amended Plan of Liquidation
     (D.I. 112; Filed 4/12/2010)

   s) Notice of Withdrawal of Crouse Brothers, Inc.'s Objection to Debtor's Amended Plan of Liquidation
     (D.I. 140; Filed 7/12/2010)

   t) Notice of Withdrawal of Crouse Brothers, Inc.'s Objection to Debtor's Amended Plan of Liquidation
     (D.I. 140; Filed 7/12/2010)

**Status:** Matter is going forward.

5. Motion for Relief from Stay of RBS Citizens, N.A.
  (D.I. 150; Filed 9/20/2010)

  Related Documents: N/A

  Response Received:

   a) Response and Affirmative Defenses of the Debtor to the Motion of RBS Citizens
     (D.I. 154; Filed 9/29/2010)

  Response deadline: September 29, 2010

**Status:** Matter is going forward.

6. Motion of Debtor for Entry of an Order Authorizing the Change of A Ballot Pursuant to Fed. R. Bankr. P. 3018
  (D.I. 155; Filed 9/29/2010)

  Related Documents: N/A

  Response deadline: October 6, 2010

**Status:** Matter is going forward.

7. Motion of Debtor to Shorten the Notice Period on Motion of Debtor for Entry of an Order Authorizing the Change of A Ballot Pursuant to Fed. R. Bankr. P. 3018
  (D.I. 156; Filed 9/29/2010)

Related Documents: N/A

Response deadline: October 6, 2010

Status: Matter is going forward.

                                              RAWLE & HENDERSON LLP

Dated: October 4, 2010              By:   /s/ Gary F. Seitz - #4457
                                                GARY F. SEITZ (I.D. No. 4457)
                                                300 Delaware Avenue, Suite 1015
                                                P.O. Box 588
                                                Wilmington, DE 19899-0588
                                                (302) 778-1200

                                                -and

                                                MASCHMEYER KARALIS P.C.
                                                ARIS J. KARALIS
                                                ROBERT W. SEITZER
                                                1900 Spruce Street
                                                Philadelphia, PA 19103
                                                (215) 546-4500
                                                Attorneys for the Debtor