# SIGN-IN-SHEET

CASE NAME: All Land Investments, LLC
CASE NO. 09-13790-KJC
COURTROOM LOCATION: 5
DATE: October 6, 2010

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Gary Seitz | Rawle & Henderson | Debtor All Land |
| Al Kovalis | Marshanger Kovalis | " |
| Robert Seitzer | " | " |
| William D. Sullivan | Sullivan Hazeltine Allinson | Huntington Development |
| John G. Pope | " | " |
| Gretchen Santamour | Stradley Ronon Stevens & Young | RBS Citizens Bank |
| John Murphy | " | " |