UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re : | CHAPTER 11 |
| : | |
| **ALL LAND INVESTMENTS, LLC,** : | |
| : | Case No. 09-13790 (KJC) |
| Debtor : | (Re: D.I. 80, 150, 155, 232) |

**ORDER DENYING CONFIRMATION OF PLAN,
GRANTING RELIEF FROM THE AUTOMATIC STAY,
AND DISPOSITION OF RELATED MOTIONS**

AND NOW, this 9th day of March, 2012, upon consideration of the following:

(a)   the request by All Land Investments, LLC (the "Debtor) for confirmation of the Amended Plan of Liquidation (D.I. 80),

(b)   the Motion of Debtor for Entry of an Order Authorizing the Change of a Ballot Pursuant to Fed.R.Bankr.P. 3018 (the "Motion to Change Ballot")(D.I. 155),

(c)   Motion of RBS Citizens, N.A. for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code (the "Stay Relief Motion")(D.I. 150), and

(d)   Motion to Allow the Admission of Additional Evidence with Respect to the Objection of RBS Citizens to Debtor's Amended Plan of Liquidation and the Motion of RBS Citizens for Relief from the Automatic Stay (the "Motion for Additional Evidence") (D.I. 232),

and the objections and responses filed thereto, and after hearings held on October 6, 2010, October 21, 2010, and February 7, 2012, and for the reasons set forth in the foregoing Memorandum, it is hereby **ORDERED** that:

(1)   the request for confirmation of the Amended Plan of Liquidation is **DENIED,**

(2)   the Motion to Change Ballot is **DENIED,** and

(3)   the Motion for Additional Evidence is **DENIED,** and

(4) the Stay Relief Motion of RBS Citizens, N.A. is **GRANTED**,

and it is further **ORDERED** that a hearing will be held on **April 5, 2012** at **3:00 p.m.** in Bankruptcy Courtroom No. 5, 824 Market Street, Fifth Floor, Wilmington, Delaware to determine whether this bankruptcy case should be dismissed.

BY THE COURT:

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

cc: Gary F. Seitz, Esquire[15]

---

[15] Counsel shall serve a copy of this Order and the accompanying Memorandum upon all interested parties and file a Certificate of Service with the Court.